JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DANIEL MORA MENDOZA,<br><br>              Petitioner,<br><br>     v.<br><br>W.J. SULLIVAN, Warden,<br><br>              Respondent. | Case No. 8:19-cv-00622-MAA<br><br>**JUDGMENT** |

Pursuant to the Memorandum Decision and Order Denying Petition for Writ of Habeas Corpus,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED:  January 29, 2021

_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE